### DAVIS v. FORD et al.

No. 7400—Opinion Filed June 13, 1916.

(157 Pac. 939.)

Error from District Court. Murray County; R. McMillan, Judge.

Consolidated action by E. E. Ford and others to foreclose mortgages. in which S. M. Davis intervened. Judgment for plaintiff. and Davis appeals. Reversed and remanded with directions.

George M. Nicholson and Gray & McVay, for plaintiff in error.

Opinion by BURFORD. C. The above-entitled cause was submitted on the 19th day of April. No brief is on file on behalf of the defendants in error. Inasmuch as the plaintiff's brief appears to fairly support his assignments of errors, the cause is reversed and remanded, with directions to the trial court to grant a new trial.

By the Court: It is so ordered.